**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| Thomas Edward Wolfe | |
| Karen Ann Wolfe | NO. 09-17904 |
| | JUDGE: Black (Joliet) |
| DEBTOR | |

**NOTICE OF OUTSTANDING PAYMENT OBLIGATIONS**

**Notified via Electronic Filing**
U.S. Trustee , 227 W Monroe, Ste 3350, Chicago, IL 60606
Glenn Stearns, 4343 Commerce Ct, Ste 120, Lisle IL 60532
Jason Kara, 55 E Monroe St, Ste 3400, Chicago IL 60603
**Notified via US Postal Service**
Thomas Edward Wolfe, 7444 Benton Dr, Frankfort, IL 60423
Karen Ann Wolfe, 7444 Benton Dr, Frankfort, IL 60423

NOW Comes BAC Home Loans Servicing LP fka Countrywide Home Loans Servicing LP ("Creditor"), and pursuant to the February 16, 2010 letter from the Chapter 13 Trustee, Glenn Stearns providing notice to BAC Home Loans Servicing LP fka Countrywide Home Loans Servicing LP that the trustee has completed payment of all pre-petition obligations and requiring the Creditor to file a statement of any unpaid post petition obligations pursuant to the terms of the Debtor's confirmed plan, Creditor is providing notice of the following outstanding post petition obligations:

1. NSF fees of a total of $150
2. Attorney fees outstanding of $150.00.
3. Post petition attorney fees $100.00

Pursuant to the terms of the Debtors' confirmed plan, within 30 days of the service of this notice and statement, the Debtor may: (1) challenge the accuracy of this statement by motion filed with the court and notice to the holder and standing trustee and resolve the challenged items as a contested matter; or (2) file a proposed modified plan to provide for the payment of additional amounts that the Debtor acknowledges or the court determines to be due. To the extent that amounts set forth in this statement are not determined by the court to be invalid or are not paid by the Debtor through a modified plan, Creditor's right to collect these amounts will be unaffected.

## AFFIDAVIT OF SERVICE

     The undersigned, an attorney, hereby certifies that I have served a copy of this Notice and Statement of Outstanding Payments Due upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 4201 Lake Cook Rd, Northbrook, IL 60062-1060, before the hour of 5:00 PM on April 13, 2010, unless a copy was provided electronically by the Bankruptcy Court.

    /s/ Todd J Ruchman
Richard B. Aronow ARDC# 03123969
Christopher A. Cieniawa ARDC# 06187452
Todd J Ruchman ARDC #06271827
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Fisher and Shapiro, LLC
4201 Lake Cook Rd
Northbrook, IL 60062-1060
(847)291-1717
Attorneys for Movant
09-022116

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**